1    DONALD L. MORROW (SB# 66922)
     PANTEHA ABDOLLAHI (SB# 230002)
2    PAUL, HASTINGS, JANOFSKY & WALKER LLP
     695 TOWN CENTER DRIVE
3    Seventeenth Floor
     Costa Mesa, CA  92626-1924
4    Telephone:  (714) 668-6200
     Facsimile:  (714) 979-1921
5    E-mail: donaldmorrow@paulhastings.com
     E-mail: pantehaabdollahi@paulhastings.com
6
     Attorneys for Defendant
7    THE DOW CHEMICAL COMPANY

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10                          **EASTERN DIVISION**

11

12   YTY INDUSTRY SDN. BHD., a          Case No. CV05 -8881 SGL (AJWx)
13   Malaysian corporation,             **FINAL JUDGMENT**

14                      Plaintiff,

15   vs.

16   THE DOW CHEMICAL COMPANY,

17                      Defendant.

18

19

20

21

22

23

24

25

26

27

28

                                              [PROPOSED] FINAL JUDGMENT

1     This action came before the Court for a non-jury trial.  The issues that

2   remained for trial have been tried and the Court issued its Findings of Fact and

3   Conclusions of Law on October 28, 2009.  The Court found for defendant The Dow

4   Chemical Company ("Dow") on all claims that were tried.  The Court previously

5   entered on August 29, 2008 its Order Granting in Part and Denying in Part

6   Defendant's Motion for Summary Judgment (D/E 77).  Therefore,

7

8        IT IS HEREBY ORDERED AND ADJUDGED that:

9        1.     Judgment is entered in favor of Defendant, The Dow Chemical

10   Company, and against Plaintiff, YTY Industry SDN. BHD., on all claims herein;

11        2.     Plaintiff shall take nothing by its Complaint or First Amended

12   Complaint from Dow; and

13        3.     Dow is awarded its costs of suit herein according to proof.

14

15        Pursuant to Federal Rule of Civil Procedure 58, the Court expressly directs

16   the Clerk to enter this Final Judgment as set forth above.

17

18

19   IT IS SO ORDERED.

20

21   Dated:  October 29, 2009

22                                          THE HON. STEPHEN J. LARSON
                                            UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

-2-                    [PROPOSED] FINAL JUDGMENT