UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 05-8881-VBF(AJW)**                                    Dated: **January 4, 2010**

Title:   YTY Industry SDN. BHD v. The Dow Chemical Company, et al.

---

PRESENT:   HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

Rita Sanchez                                   None Present
Courtroom Deputy                               Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:              ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                   None Present

**PROCEEDINGS (IN CHAMBERS):**   **COURT ORDER SETTING HEARING DATE RE: DEFENDANT'S MOTION FOR ATTORNEY'S FEES (dkt. #156)**

The Court sets the hearing on Defendant The Dow Chemical Company's Motion for Attorney's Fees (dkt. #156) for February 1, 2010 at 1:30 p.m.

MINUTES FORM 90                                Initials of Deputy Clerk   rs
CIVIL - GEN

-1-